UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

            Plaintiff,

   v.

PHILLIP DUGAN,

            Defendant.

CASE NO. CR07-0340 RSM

DETENTION ORDER

Offenses charged:

    Count 1 - Furnishing False Information with Respect to Establishment or Maintenance of

        Social Security Number Records

    Count 2 - Aggravated Identity Theft

Date of Detention Hearing: 05/27/08

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is serving a state court sentence in Hawaii. His presence here was secured by issuance of a writ.

(2) It appears that he will remain in Hawaii's custody for a further period long enough to allow completion of this case. If so, this court's determination as to detention or release would be moot.

(3) Because there is a possibility, however, that he could complete his state sentence while this case is still pending, this court should make a determination as to detention or release.

(4) Defendant and his counsel indicated they did not contest the entry of an order of detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

1     (4)    The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

4     DATED this 27th day of May, 2008.

_____
JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)